IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| **vs.** | ) | **CRIMINAL ACTION NO. 09-00240-KD** |
| **JOSE NORIEGA, et al,** | ) | |
| **Defendants.** | ) | |

**ORDER**

This action is before the Court on the United States' motion to dismiss assets from the superseding indictment. Upon consideration, and for good cause shown, the motion (doc. 203) is GRANTED. Accordingly, it is hereby ORDERED, ADJUDGED, and DECREED that the following assets are dismissed from the Superseding Indictment and Judgment of Forfeiture and that the Restraining Order (doc. 10) as to the real property is hereby LIFTED:

Real Property:

1. All of that lot or parcel of land, together with it's building, appurtenances, improvements, fixtures, attachments and easements, that would constitute the residence, curtilage and outlying property with the street address of 5540 Kushla McLeod Road, in Eight Mile, Alabama, which property is more particularly described as:

> That portion of the East Half of the Southwest Quarter of the Northwest Quarter, also of the West Half of the Southeast quarter of the Northwest Quarter of Section 3, Township 3 South, Range 2 West, Mobile County, Alabama, described as follows: Commencing at the Southwest corner of the Southwest Quarter of the Northwest Quarter of said Section 3, thence South 89 degrees 50 minutes East along the South line of the said Southwest Quarter of the Northwest Quarter a distance of 1152.96 feet to a point; thence North 00 degrees 31 minutes 58 seconds East 20.98 feet to a point on the North right of way line of Kushla McLeod Road (60 foot right of way) also known as the Southeast corner of Lot 26, Oak Cliff Subdivision, recorded in Map Book 32, Page 85 in the Office of the Judge of Probate Court, Mobile, County, Alabama and the point of beginning of the property herein described; thence North 00 degrees 31 minutes 58 seconds East 1303.51 feet along the east line of said Oak Cliff Subdivision to the

Northeast corner of Lot 14 of said Oak Cliff Subdivision; thence South 89 degrees 45 minutes 50 seconds East 246.24 feet to a point; thence South 00 degrees 24 minutes 01 seconds West 1302.04 feet to a point on the said North right of way line of Kushla McLeod Road, thence South 89 degrees 54 minutes 05 seconds West 249.26 feet to the point of beginning. All according to survey by Ben F. Fussell Surveying dated May 29, 2002.

Motor Vehicle:

2. One 2002 Ford Expedition, VIN number 1FMRV17WX2LA36318, and

Watercraft:

3. One eighteen foot Sea Hunt "Triton" fiberglass boat bearing hull number 68V115TLRL1063222K, along with a 2007 Continental aluminum boat trailer bearing VIN number 1ZJBA18176M042738.

   **ORDERED** this March 2, 2010.

                                         s/ Kristi K. DuBose
                                         **KRISTI K. DuBOSE**
                                         **UNITED STATES DISTRICT JUDGE**