UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CRIMINAL ACTION 09-00240-KD |
| ) | |
| JUAN RAMON SABINA, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Upon motion of the United States (doc. 213) and for good cause shown, it is hereby ORDERED, ADJUDGED, and DECREED that the following assets are dismissed from the Superseding Indictment in the above styled case against **JUAN RAMON SABINA**:

REAL PROPERTY:

1. All of that lot or parcel of land, together with it's building, appurtenances, improvements, fixtures, attachments and easements, that would constitute the residence, curtilage and outlying property with the street address of **6562 Jib Road West**, in Eight Mile, Alabama, which property is more particularly described as:

> Begin at a point 486 feet south and 60 feet east of center of Section 35, Township 2 South, Range 3 West, Mobile County, Alabama; thence run east 462 feet to a corner; thence run south 476 feet to a corner; thence west 462 feet to a corner; then run north 476 feet to the beginning; all east-west lines parallel to the north-south center line of said Section 35, being Parcels A, B, C according to deed recorded in the office of Judge of Probate of Mobile County, Alabama, in Real Property Book 1608, Page 876, and Real Property Book 3837, Page 875.

DONE and ORDERED this March 31, 2010.

 s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE